USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

BRIAN FISCHLER, *Individually and on behalf of all other persons similarly situated,*

                            Plaintiff,

            -against-

MEDICI LIVING, INC.,

                          Defendants.

--------------------------------------------------------- X

1:19-cv-08744 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **February 10, 2020**.

**SO ORDERED.**

Dated:   February 3, 2020
           New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**